

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

February 24, 2023

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

> Re: **Fagnani v. Factory Direct Models, LLC**
> *Case No. 22-cv-10367 (JPC) (GWG)*

Dear Judge Cronan:

　　We represent defendant Factory Direct Models, LLC, in the above-referenced matter, and we write with the gracious consent of plaintiff's counsel to request for the first time that the April 12, at 11:00 a.m., telephonic initial conference be adjourned (as well as the deadline for filing the pre-conference joint letter and proposed case management plan).  The reason for our request is that our office will be closed on April 6, 7, 12, and 13 in observance of Passover.  No other dates will be affected if our request is granted.

　　We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　David Stein

cc:  Jeffrey M. Gottlieb, Esq. (via ECF)

---

The request is granted.  The initial pre-trial conference presently scheduled for 11:00 a.m. on April 12, 2023 shall instead take place at 12:00 noon on April 5, 2023.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The pre-conference filings described in the Court's Notice of Assignment, Dkt. 10 at 2, shall be submitted by March 29, 2023.

SO ORDERED
Date: February 27, 2023
New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　United States District Judge