**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

May 1, 2023

**VIA ECF AND EMAIL:GorensteinNYSDChambers@nysd.uscourts.gov**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Fagnani v. Factory Direct Models, LLC,*
      Case No.: 1:22-cv-10367

Dear Judge Gorenstein,

The undersigned represents Mykayla Fagnani on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Factory Direct Models, LLC, ("Defendant"). On consent of the Defendant, the undersigned respectfully submits this emergency request to adjourn the settlement conference scheduled for May 2, 2023 at 2:30 PM (Dkt. 17). The undersigned apologizes for the lateness of this request however lead counsel for this case Jeffrey M. Gottlieb, Esq., was hospitalized over the weekend due to medical complications with his disability and will not be able to attend the conference. We apologize for the lateness of this request however it is due to a medical emergency. Counsel for both parties have conferred and propose that the Conference be rescheduled to the following dates: May 16-18, 2023 and May 22-24, 2023.

We sincerely thank Your Honor and this Court for its time and attention to this matter.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Conference adjourned to May 17, 2023, at 10:00 a.m.
The same dial-in instructions apply.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 1, 2023